IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN MONTANO, et al.,

    Plaintiffs,

vs.                                          Civ. No. 99-344 RLP/WWD

ALLSTATE INDEMNITY COMPANY, et al.,

    Defendants.

MEMORANDUM OPINION AND ORDER

    This matter comes before the Court *sua sponte* as the result of interaction with counsel for the parties on December 9, 1999.  The parties have clearly demonstrated to the undersigned their inability to proceed with the Court informally in seeking proposed modifications of scheduling or production requirements in the discovery process.  In this cause, any modification of the discovery schedule or of discovery rulings by the Court shall be sought by written motions.  The Court will not entertain telephone conferences with the parties on such matters; nor, absent the appropriate written pleadings, will an informal Rule 16 conference to consider such matters be convened.  If, as defense counsel has indicated, relief is to be sought from my Memorandum Opinion and Order entered November 30, 1999, an appropriate motion with an accompanying memorandum shall be served by Defendant on Plaintiff no later than 4:30 p.m. on December 13, 1999.  The response from Plaintiff to such a motion shall be served no later than 4:30 p.m. on December 15, 1999.  The reply by Defendant to the aforementioned response shall be served, and the package for the motion shall be filed no later than 4:30 p.m. December 17, 1999.

-1-

Discovery practice in this cause shall proceed in accordance with the foregoing.

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE